# SCHWARTZ, CONROY & HACK, PC

*Making Insurance Companies Keep Their Promises*

Michail Z. Hack, Esq., Partner / MZH@schlawpc.com

May 16, 2024

**Via ECF**
Magistrate Judge Robert W. Lehrburger
Daniel Patrick Moynihan United States Courthouse
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

> This case is stayed and all calendared matters, including the trial that was scheduled to begin June 17, 2024, are adjourned *sine die*. The parties shall file a joint status letter by June 17, 2024, in the event that they have not filed dismissal paperwork by that point.
>
> SO ORDERED.  _____
> Date: May 17, 2024         JOHN P. CRONAN
> New York, New York      United States District Judge

RE:   Silverman v. The Paul Revere Life Insurance Company
      Case No.:  1:22-cv-06022-JPC

The parties to the above action submit this joint letter pursuant to this Court's rules to advise that they have reached a tentative settlement in this action.

We respectfully request that all calendared matters in this action be adjourned *sine die* while we exchange all settlement paperwork.

Respectfully Submitted.

SCHWARTZ, CONROY & HACK, PC

By:   *Michail Z. Hack*
      Michail Z. Hack, Esq.

cc *White and Williams via ECF*